IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

FILED
NOV - 2 2009
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:09CR167SNLJ ) ) |
| DOUGLAS M. BONE, | ) Title 18 U.S.C. §§2252A(a)(2) & 2252A(b)(1) ) |
| Defendant. | ) |

## INFORMATION

### COUNT I

**THE UNITED STATES ATTORNEY CHARGES THAT:**

At all times pertinent to the charges in this Indictment:

1. Federal law defined the term

   (a) "minor" to mean any person under the age of eighteen years (18 U.S.C. § 2256(1));

   (b) "sexually explicit conduct" to mean actual or simulated--

   (i) sexual intercourse, including genital-genital, anal-genital, oral-genital, oral-anal, whether between persons of the same or opposite sex,

   (ii) bestiality,

   (iii) masturbation,

   (iv) sadistic or masochistic abuse, or

   (v) lascivious exhibition of the genitals or pubic area of any person (18 U.S.C §2256(2)(A));

   (c) "computer" to mean an electronic, magnetic, optical, electrochemical or other high

speed data processing device performing logical, arithmetic or storage functions, including any data storage facility or communications facility directly related to or operating in conjunction with such device. (18 U.S.C.§2256(6));

    (d) "child pornography" to mean any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where--

        (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; or

        (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct. (18 U.S.C.§2256(8)).

    2. The "Internet" was, and is, a computer communications network using interstate and foreign telephone lines to transmit data streams, including data streams used to store, transfer and receive graphic files.

    3. Between January 13 and 14, 2009, both dates being approximate and inclusive, in Jefferson County within the Eastern District of Missouri, defendant,

**DOUGLAS M. BONE**,

did knowingly receive child pornography that had been shipped or transported using any means and facility of interstate and foreign commerce, that is the internet, the following images:

    1)    "8722[1].jpg" - a graphic image file depicting an adult male digitally penetrating the vagina of a nude minor female; and

    2)    "dfe08c[1].jpg" - a graphic image file depicting a partially nude minor female being vaginally penetrated by an adult male penis, while another adult male holds the minor female's shoulders down,

in violation of Title 18, United States Code, §2252A(a)(2) and punishable under Title 18, United

States Code, §2252A(b)(1).

                                            Respectfully submitted,

                                            MICHAEL W. REAP
                                            ACTING UNITED STATES ATTORNEY

                                            */s/ Abbie Crites-Leoni*
                                            Abbie Crites-Leoni, #47724
                                            Assistant United States Attorney